```
 1  Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
 2  Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
 3  2033 Gateway Place, 5th Floor
    San Jose, California 95110
 4  Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
 5
    Attorneys for Plaintiff
 6
 7
 8
                         UNITED STATES DISTRICT COURT
 9
              NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10
11
    ANITA MARQUEZ,                          Federal Case No.: 3:16-CV-05688-JD
12
              Plaintiff,
13
       vs.                                  STIPULATED REQUEST FOR
14                                          DISMISSAL OF DEFENDANT EQUIFAX,
    EQUIFAX, INC.; et. al.,                 INC.; [PROPOSED] ORDER
15
              Defendants.
16
17
    TO THE COURT, CLERK OF COURT, AND ALL PARTIES:
18
           IT IS HEREBY STIPULATED by and between plaintiff Anita Marquez and defendant
19
    Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to
20
    Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own
21
    attorneys' fees and costs.
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28
```

| | | |
|---|---|---|
| 1 | DATED:  February 23, 2017 | Sagaria Law, P.C. |
| 2 | | By: _/s/ Elliot W. Gale_ |
| 3 | | Elliot W. Gale |
| 4 | | Attorneys for Plaintiff<br>Anita Marquez |

DATED:  February 23, 2017    Nokes & Quinn

By: _/s/ Thomas P. Quinn, Jr._
Thomas P. Quinn, Jr.
Attorneys for Defendant
Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: February 24, 2017    _____
JAMES DONATO
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge James Donato*