SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA MARQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 3:16-cv-05688-JD <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N. A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Anita Marquez and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

07685.1731/10726790.1 STIPULATION TO DISMISS DEFENDANT WELLS FARGO; ~~PROPOSED~~ ORDER - 1

DATED: May 5, 2017        Sagaria Law, P.C.

                          By: _____/s/ Elliot W. Gale_____
                                Elliot W. Gale
                          Attorneys for Plaintiff
                          Anite Marquez

DATED: May 5, 2017        Severson & Werson APC

                          By: _____/s/ Alisa Givental_____
                                Alisa Givental
                          Attorneys for Defendant
                          Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Defendant Wells Fargo Bank, N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 9, 2017        _____
                          JAMES DONATO
                          UNITED STATES DISTRICT JUDGE

APPROVED
Judge James Donato

07685.1731/10726790.1 STIPULATION TO DISMISS DEFENDANT WELLS FARGO; ~~PROPOSED~~ ORDER - 2